UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
BALL CHAIN MANUFACTURING CO., INC.
and BONA FIDE MASKS CORP.,

               Plaintiffs,

v.

VETERINARY INTERNET COMPANY, LLC,

               Defendant.
--------------------------------------------------------------x

**ORDER OF DISMISSAL**

22 CV 10919 (VB)

      The Court has been advised that the parties have settled this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than October 2, 2023. To be clear, any application to restore the action must be filed by October 2, 2023, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

      All other deadlines and scheduled court appearances are cancelled, and any pending motions are moot.

      The Clerk is instructed to close this case.

Dated: August 2, 2023
       White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge